**SROURIAN LAW FIRM, P.C.**
Daniel Srourian, Esq. [SBN 285678]
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: *daniel@slfla.com*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PANDA RESTAURANT DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | **Master File No. 2:24-cv-03854**<br><br>**NOTICE OF SETTLEMENT** |

The Parties have reached a settlement to resolve this matter in its entirety, and Plaintiffs anticipate filing a request for dismissal within thirty days. In the meantime, Parties request that the Court stay the case in its entirety.


Dated: October 4, 2024                    By:   */s/ Daniel Srourian*
                                        Daniel Srourian, Esq.
                                        **SROURIAN LAW FIRM, P.C.**
                                        3435 Wilshire Blvd., Suite 1710
                                        Los Angeles, California 90010
                                        T: (213) 474-3800
                                        F: (213) 471-4160
                                        daniel@slfla.com

                                        John J. Nelson
                                        **MILBERG COLEMAN BRYSON
                                        PHILLIPS GROSSMAN PLLC**
                                        280 South Beverly Drive
                                        Beverly Hills, California 90212
                                        T: (858) 209-6941
                                        jnelson@milberg.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Todd S. Garber*
**FINKELSTEIN BLANKINSHIP FREI-
PEARSON AND GARBER LLP**
1 North Broadway, Suite 900
White Plains, New York 10601
T: (914) 298-3283
tgarber@fbfglaw.com

Bassma Zebib
**LAW OFFICE OF BASSMA ZEBIB**
8616 La Tijera Boulevard Suite 303
Los Angeles, California 90045
T: (323) 406-0666
bassma@zebiblaw.com

Paul M. De Marco
**MARKOVITS, STOCK AND
DEMARCO, LLC**
119 East Court Street, Suite 530
Cincinnati, Ohio 45202
T: (513) 651-3700
pdemarco@msdlegal.com

Bryan L Bleichner
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue Suite 1700
Minneapolis, Minnesota 55401
T: (612) 339-7300
bbleichner@chestnutcambronne.com

Ken Grunfeld*
**KOPELOWITZ OSTROW PA**
One West Las Olas Boulevard, Suite 500
Fort Lauderdale, Florida 33301
T: (954) 525-4100
cardoso@kolawyers.com

Kevin Laukaitis*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon,
Suite 205, No. 10518
San Juan, Puerto Rico 00907
T: (215) 789-4462
klaukaitis@laukaitislaw.com

Andrew Gerald Gunem
**STRAUSS BORRELLI PLLC**

-2-
NOTICE OF SETTLEMENT

980 North Michigan Avenue, Suite 1610
Chicago, Illinois 60611
T: (872) 263-1100
agunem@straussborrelli.com

*Pro hac vice*
*Counsel for Representative Plaintiffs and the*
*Proposed Class(es)*