**SROURIAN LAW FIRM, P.C.**
Daniel Srourian, Esq. [SBN 285678]
3435 Wilshire Blvd., Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: *daniel@slfla.com*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: PANDA RESTAURANT DATA BREACH LITIGATION<br><br>This Document Relates To: All Actions | **Master File No. 2:24-cv-03854**<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Victoria Ruggeri, Emily Flessas, Matthew Klepper, Steven Jackson, Elizabeth Jimenez, Stephanie Sarfo, Silas Davis, and Joshua Oluwalowo, through their undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant Panda Restaurant Group, Inc., with each party to bear their own fees and expenses. Defendant has not filed an Answer nor moved for summary judgment. Accordingly, voluntary dismissal without prejudice is appropriate under the voluntary dismissal procedures of Fed. R. Civ. P. 41 (a)(1)(A)(i).

| | | |
|---|---|---|
| 1 | Dated: October 31, 2024 | By: */s/ Daniel Srourian*_____ |
| 2 | | Daniel Srourian, Esq. |
| | | **SROURIAN LAW FIRM, P.C.** |
| 3 | | 3435 Wilshire Blvd. Suite 1710 |
| 4 | | Los Angeles, California 90010 |
| | | Telephone:   (213) 474-3800 |
| 5 | | Email:         daniel@slfla.com |

*Counsel for Representative Plaintiff and the Proposed Class(es)*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2024, I filed the foregoing document with the Court via CM/ECF. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

DATED: October 31, 2024  /s/ Daniel Srourian